**DISMISS; and Opinion Filed July 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01567-CV

### GHANDI GAY, Appellant
### V.
### FALCON'S LAIR HOMEOWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09640**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated December 15, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated December 15, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated February 10, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that

failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 5; 37.3(b); 42.3(b), (c).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

141567F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GHANDI GAY, Appellant

No. 05-14-01567-CV        V.

FALCON'S LAIR HOMEOWNERS
ASSOCIATION, INC., Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-09640.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Whitehill
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FALCON'S LAIR HOMEOWNERS ASSOCIATION, INC. recover its costs of this appeal from appellant GHANDI GAY.

Judgment entered this 10th day of July, 2015.